# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No. 09-32179-BKC-RBR |
| THE HIDEAWAY MARINA LIMITED PARTNERSHIP, | Chapter 11 |
| Debtor. | |

## MOTION FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY CUSTODIAN

Custodian, Joseph J. Huss, pursuant to 11 U.S.C. § 543(c)(2), moves this court for payment of reasonable compensation for services rendered and costs and expenses incurred by such custodian from the time of the filing of the petition until the approval of the appointment of the chapter 11 trustee and, in support thereof, states as follows:

1.    The Hideaway Marina Limited Partnership ("Debtor") commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 14, 2009 (the "Petition Date").

2.    At the Petition Date, Joseph J. Huss (the "Receiver" or "Custodian") was in possession of the Debtor's assets and controlled the Debtor's business operations since June 9, 2009, by virtue of a state court receivership appointment in May 2009.

3.    The secured creditor, Landmark Bank ("Landmark"), moved for the immediate appointment of a chapter 11 trustee due to the gross mismanagement of the Debtor prior to the appointment of the Receiver and the failure of the Debtor's principal to cooperate with the Receiver; and in the interim to excuse the Receiver from the provisions of 11 U.S.C. § 543(a) and (b), pursuant to § 543(d).

4.    On October 16, 2009, the parties agreed and the court ordered the Receiver to remain in possession and control of the Debtor's property and operations for a short period of time, pending disposition of Landmark's request to appoint a chapter 11 trustee; and the court authorized the Receiver to retain all employees, contractors or property managers hired by the Receiver pre-petition [DE 9].

5.    The Receiver retained the services of (a) Mr. Kenneth A. Welt and his company Trustee Services, Inc. as consultants for the receivership and (b) MarcumRaclin, a division of Marcum LLP, as accountants for the receivership.

6.    On November 16, 2009 ("Trustee Authorization Date"), the court ordered the approval of Marika Tolz as the chapter 11 trustee [DE 29] at which time the Receiver turned over possession and control of the Debtor's property and operations.

7.    11 U.S.C. § 543(c)(2) requires the court, after notice and a hearing, to provide for the payment of reasonable compensation for services rendered and costs and expenses incurred by such custodian.  The Receiver is a custodian under 11 U.S.C. § 101(11).

8.    Pursuant to 11 U.S.C. § 543(c)(2), the Custodian requests payment of reasonable compensation for services rendered and costs incurred by such Custodian from the Petition Date to the Trustee Authorization Date in the total amount of **$17,888.07**, consisting of payment to the Custodian's firm of Krinzman, Huss & Lubetsky in the amount of $4,414.10, Trustee Services, Inc. in the amount of $12,891.47 and MarcumRachlin in the amount of $582.50 as detailed in their respective invoices, Exhibits "A," "B," and "C."

WHEREFORE, the Custodian respectfully requests payment of reasonable

2

\825910\7 - # 566224 v1

compensation for services rendered and costs incurred by such Custodian in the total amount of **$17,888.07** and granting such other and further relief as the Court deems just and proper.

Dated: ~~12/18/2009~~ *12/21/09*

                                Respectfully submitted,

                                KRINZMAN, HUSS & LUBETSKY
                                *Custodian*
                                800 Brickell Avenue, Suite 1501
                                Miami, Florida 33131
                                Tel: 305-854-9700
                                Fax: 305-854-0508

By: _____
                                Joseph J. Huss, Esq.
                                Florida Bar No. 0328480

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via First Class U.S. Mail on this _2 1_ day of December, 2009 to all parties in interest listed on the attached service list.

_____
                                Joseph J. Huss, Esq.
                                Florida Bar No. 0328480

                                KRINZMAN, HUSS & LUBETSKY
                                *Custodian*
                                800 Brickell Avenue, Suite 1501
                                Miami, Florida 33131
                                Tel: 305-854-9700
                                Fax: 305-854-0508

\825910\7 - # 566224 v1

CASE NO.: 09-32179-BKC-RBR

## SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 09-32179-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Oct 19 11:45:19 EDT 2009 | Landmark Bank, N.A.<br>c/o Frank P Terzo<br>1221 Brickell Ave #1650<br>Miami, FL 33131-3259 | The Hideaway Marina Limited Partnership<br>599 S Federal Hwy<br>Pompano Beach, FL 33062-5903 |
| Albert Shackelton<br>14050 US One #C<br>North Palm Beach, FL 33408-1410 | Broward County Revenue Collection Div.<br>115 S Andrews Ave #A 100<br>Fort Lauderdale, FL 33301-1888 | Charles Camp<br>c/o Robert D. McIntosh, Esq<br>Adorno & Yoss LLP<br>888 SE 3 Av #500<br>Fort Lauderdale, FL 33316-1159 |
| Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GE Capital Corp<br>10 Riverview Dr<br>Danbury, CT 06810-6268 | GE Capital Solutions<br>Attn: Scott Junk<br>5595 Trillium Blvd<br>Hoffman Estates, IL 60192-3405 |
| HSBC Bank USA<br>8 E 40 St. 3rd Fl<br>New York, NY 10016-0105 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | John and Sabrina Divine<br>651 Trousdale Ferry Pike<br>Lebanon, TN 37087-4733 |
| Landmark Bank<br>6300 NE 1st Av #300<br>Fort Lauderdale, FL 33334-1932 | Michael J. Orecchio<br>c/o Mark B Goldstein, Esq<br>2700 N Military Tr #130<br>Boca Raton, FL 33431-6394 | Michael Sinacola<br>c/o David Templer, Esq.<br>Templer & Hirsch<br>2801 Biscayne Blvd #400<br>Miami, FL 33137-4537 |
| Office of the US Trustee<br>51 S.W. 1st Ave., Suite 1204<br>Miami, FL 33130-1614 | Pierre Gaudreau<br>2432 NE 27 St<br>Lighthouse Point, FL 33064-8357 | Raymond C. Bargull<br>c/o Hayden, Milliken, et al.<br>5915 Ponce de Leon Blvd. #63<br>Coral Gables, FL 33146-2435 |
| Regions Bank, NA<br>c/o Garbett, Stiphany, et al<br>80 SW 8 St #3100<br>Miami, FL 33130-3004 | Skyline Marine, LLC<br>c/o Jay Howard Solowsky, Esq<br>150 W Flagler St #2000<br>Miami, FL 33130-1537 | Societe de Gestion Norderon<br>9416 Boul Du Gold, Bldg C<br>Anjou, Montreal, Quebec H1J 3A1<br>CANADA |
| Steven M. Schuble<br>2625 Barbara Dr<br>Fort Lauderdale, FL 33316-3233 | Textron Financial<br>11575 Great Oaks Wy #200<br>Alpharetta, GA 30022-2426 | Tom Gonzales/TG Inv., LLC<br>1200 W Cypress Creek Rd<br>Fort Lauderdale, FL 33309-1913 |
| Wells Fargo<br>c/o Kass, Shuler, et al.<br>1501 N Florida Av<br>Tampa, FL 33602-2613 | Charles I Cohen Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | |
| Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | | |

**Exhibit "A"**
Krinzman, Huss & Lubetsky Invoice

**Summary**

From October 14, 2009 until November 16, 2009:

| | | |
|---|---|---|
| Professional Services Rendered | | $4,200.00 |
| Costs | | $   214.10 |
| | Total | $4,414.10 |

# KRINZMAN, HUSS & LUBETSKY

ATTORNEYS AT LAW
800 BRICKELL AVENUE
SUITE 1501
MIAMI, FLORIDA 33131
TELEPHONE 305-854-9700
FACSIMILE  305-854-0508

November 06, 2009

Invoice submitted to:

JJH Receivership

In Reference To:  **Landmark Bank / The
Hideaway Marina
Huss/Receivership
Matter No. Land-09-292**

Invoice # 20449

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2009 | JJH | Telephone conference with Beverly Williamson | 0.20 250.00/hr | 50.00 |
| | JJH | Telephone conference with William McCormick | 0.20 250.00/hr | 50.00 |
| | JJH | Telephone conference with Scott Brenner | 0.20 250.00/hr | 50.00 |
| | JJH | Review email from Ken Welt | 0.20 250.00/hr | 50.00 |
| 10/2/2009 | JJH | Telephone conference with Scott Brenner | 0.20 250.00/hr | 50.00 |
| 10/5/2009 | JJH | Review and exchange email correspondence with counsel of record | 0.20 250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with Ken Welt | 0.20 250.00/hr | 50.00 |
| | JJH | Review Landmark Bank Response in Opposition to Defendant's Motion to Stay Foreclosure Sale with case authority | 0.90 250.00/hr | 225.00 |

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/7/2009 | JJH | Review Yacht World Claim | 0.30 250.00/hr | 75.00 |
| 10/8/2009 | JJH | Review and exchange email correspondence with Ken Welt | 0.20 250.00/hr | 50.00 |
| 10/9/2009 | JJH | Review and exchange email correspondence with William McCormick | 0.20 250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with Sandirose Magder | 0.20 250.00/hr | 50.00 |
| | JJH | Review 401 information with Pierre Gaudreau | 0.30 250.00/hr | 75.00 |
| 10/13/2009 | JJH | Review and exchange email correspondence with Ken Welt and Bill McCormick | 0.40 250.00/hr | 100.00 |
| 10/15/2009 | JJH | Telephone conference with William McCormick | 0.20 250.00/hr | 50.00 |
| 10/16/2009 | JJH | Review and exchange email correspondence with Ken Welt | 0.20 250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with William McCormick | 0.20 250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with Sandirose Magder | 0.20 250.00/hr | 50.00 |
| | JJH | Review Suggestion of Bankruptcy | 0.20 250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with Nathan Mancuso | 0.20 250.00/hr | 50.00 |
| | JJH | Telephone conference with Nathan Mancuso | 0.20 250.00/hr | 50.00 |
| 10/19/2009 | JJH | Review Third Quarter Tax Returns | 0.30 250.00/hr | 75.00 |
| | JJH | Review and exchange email correspondence with Sandirose Magder | 0.20 250.00/hr | 50.00 |

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2009 JJH | Review and exchange email correspondence with Alan Bartel | | 0.20 250.00/hr | 50.00 |
| 10/20/2009 JJH | Review Suggestion of Bankruptcy | | 0.20 250.00/hr | 50.00 |
| JJH | Review Interim Order on Emergency Motion | | 0.20 250.00/hr | 50.00 |
| JJH | Conference with Ken Welt, William McCormick | | 0.40 250.00/hr | 100.00 |
| 10/26/2009 JJH | Review and exchange multiple emails with William McCormick | | 0.40 250.00/hr | 100.00 |
| JJH | Review and exchange multiple emails with Vanessa Prieto | | 0.40 250.00/hr | 100.00 |
| JJH | Review week's payables from marina | | 0.20 250.00/hr | 50.00 |
| JJH | Review and exchange email correspondence with Corby Lenz | | 0.20 250.00/hr | 50.00 |
| JJH | Review and exchange email correspondence with Ken Welt | | 0.20 250.00/hr | 50.00 |
| JJH | Review and exchange email correspondence with Frank Terzo | | 0.20 250.00/hr | 50.00 |
| JJH | Review weekly reports of 10/13/09 | | 0.30 250.00/hr | 75.00 |
| JJH | Review and exchange email correspondence with Vanessa Prieto | | 0.20 250.00/hr | 50.00 |
| JJH | Review financials from June 1, 2009 | | 0.40 250.00/hr | 100.00 |
| JJH | Telephone conference with Frank Terzo | | 0.20 250.00/hr | 50.00 |
| JJH | Review and exchange email correspondence with Perry LaCaria | | 0.10 250.00/hr | 25.00 |

Page    4

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 10/28/2009 | JJH | Conference with Frank Terzo; attend hearing in Bankruptcy Court | 1.80<br>250.00/hr | 450.00 |
| | JJH | Review property insurance addendum | 0.20<br>250.00/hr | 50.00 |
| | JJH | Review and exchange email correspondence with William McCormick | 0.20<br>250.00/hr | 50.00 |
| 10/29/2009 | JJH | Review and exchange mutiple emails with Frank Terzo | 0.40<br>250.00/hr | 100.00 |
| | JJH | Review and exchange email correspondence with Sandirose Magder | 0.30<br>250.00/hr | 75.00 |
| | JJH | Preparation of letter to Ron Rowe | 0.20<br>250.00/hr | 50.00 |
| 10/30/2009 | JJH | Review and exchange multiple emails with Sandirose Magder | 0.30<br>250.00/hr | 75.00 |
| | JJH | Review Notice of Taking Deposition of Landmark and Huss | 0.40<br>250.00/hr | 100.00 |
| | JJH | Review and exchange email correspondence with Betty Williamson | 0.20<br>250.00/hr | 50.00 |
| | JJH | Review and exchange multiple emails with F. Terzo | 0.20<br>250.00/hr | 50.00 |
| | JJH | Review documents responsive to duces tecum request | 0.90<br>250.00/hr | 225.00 |
| | JJH | Review file to prepare for depo | 0.90<br>250.00/hr | 225.00 |
| | JJH | Review and exchange emails (2) with Alvin Goldstein | 0.30<br>250.00/hr | 75.00 |
| | JJH | Review and exchange email correspondence with Sandirose Magder | 0.20<br>250.00/hr | 50.00 |
| | JJH | Review 941 and other returns | 0.30<br>250.00/hr | 75.00 |

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/2009 | JJH | Review UCT e-filing | 0.20<br>250.00/hr | 50.00 |
| | JJH | Telephone conference with William McCormick | 0.20<br>250.00/hr | 50.00 |
| | JJH | Review property insurance renewal application | 0.20<br>250.00/hr | 50.00 |
| 11/2/2009 | JJH | Conference with Frank Terzo and Sandi Magder;<br>prepare for and attend deposition | 3.50<br>250.00/hr | 875.00 |
| | JJH | Review correspondence from Ron Rowe to Ben Olive | 0.20<br>250.00/hr | 50.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| For professional services rendered | | 20.70 | $5,175.00 |

Additional Charges :

| 10/31/2009 | Photocopies | 205.25 |
|---|---|---|
| | Postage | 8.85 |
| | Total costs | $214.10 |

| Total amount of this bill | $5,389.10 |
|---|---|
| Previous balance | $16,840.88 |
| Balance due | $22,229.98 |

Federal Tax ID# 86-1055700

<u>**Exhibit "B"**</u>
<u>Trustee Services, Inc. Invoice</u>

## <u>Summary</u>

From October 14, 2009 until November 16, 2009:

| | | |
|---|---|---|
| Professional Services Rendered | | $28,860.00 |
| Costs | | $      31.47 |
| | Total | $12,891.47 |



Trustee Services Inc
8255 West Sunrise Blvd, No 177
Plantation, FL 33322

(954)889-3403

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/06/2009 | 1134 |

| TERMS |
|-------|
| Due on receipt |

**BILL TO**

Joseph J. Huss
Receiver of The Hideaway Marina, LP
Krinzman, Huss & Lubetsky, LLP
Bank United Center, Suite 202
900 S.E. 3rd Avenue
Fort Lauderdale, FL 33316

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8.8 | • Kenneth A. Welt, Principle | 250.00 | 2,200.00 |
| 50.7 | • Sandirose Magder - Senior Consultant | 150.00 | 7,605.00 |
| 0.2 | • Nicholas Adams - Consultant | 125.00 | 25.00 |
| 10 | • Laura Byron - Consultant | 75.00 | 750.00 |
| 1.5 | • Justin Greenbaum - Consultant | 70.00 | 105.00 |
| 0.5 | • Sabrina Mangroo - Clerical/Administrative Services | 55.00 | 27.50 |
| 0.5 | • Jeff Greene - Administrative Services | 55.00 | 27.50 |
| 23 | • Frank Soleto - Administrative Services | 55.00 | 1,265.00 |
| 19 | • Martha Soleto - Administrative Services | 45.00 | 855.00 |
| | • Reimbursement for Courier Charges | 0.00 | 31.47 |

| | |
|-----------|-----------|
| SUBTOTAL | $12,891.47 |
| TAX (6%) | $0.00 |
| TOTAL | $12,891.47 |

# Trustee Services, Inc.
8255 West Sunrise Blvd, #140
Plantation, FL 33322
www.trusteeservices.biz

## Time Summary from October 14 to November 6, 2009

Hideaway Marina                                                   November 06, 2009

**Fees:**                                                                    Hours

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/14/2009 | LLB | Went to marina to pick up mail. Discussion with Kina and Patty to discuss their concerns on the bankruptcy filing. Went to Legacy Bank to cash petty cash check. | 0.8 | $60.00 |
| 10/14/2009 | SRM | Various e-mails and phone with Kina regarding payables, sales tax issues and pending bankruptcy matters. Reviewing online banking activity. Reviewing e-mails from Pati with purchase order requests Correspondence with K. welt re: same. | 2.0 | $300.00 |
| 10/14/2009 | KAW | Site visit to meet with employees re: pending bankruptcy. | 1.3 | $325.00 |
| 10/15/2009 | KAW | Review budget. Gen Adm | 0.7 | $175.00 |
| 10/15/2009 | JG | Pick up and deposits, payroll checks, mail, and make deposits. | 1.5 | $105.00 |
| 10/15/2009 | KAW | Review deposits. Review bankruptcy petitions. | 0.8 | $200.00 |
| 10/15/2009 | NFA | Meeting with Kenneth A. Welt to discuss status of case. Review and respond to e-mails. | 0.2 | $25.00 |
| 10/15/2009 | SRM | Various phone calls with F. Terzo re: bankruptcy filing. (0.5) Review of online banking activity. E-mails with Kina regarding bank reconciliations, payroll and vendors invoices (0.7) Phone calls with K. Welt regarding bankruptcy (0.4) | 1.6 | $240.00 |
| 10/15/2009 | LLB | Deposited payments into Legacy Bank. Meeting with Ken to discuss bankruptcy filing. | 0.8 | $60.00 |
| 10/16/2009 | SRM | Telephone calls and e-mails with Kina to discuss bankruptcy. Review of bank reconciliation. E-mails with Peyton at Landmark regarding outstanding checks and approval to clear. | 1.5 | $225.00 |
| 10/16/2009 | LLB | Went to marina to pick up mail and deposits. Made rental deposit to Legacy | 0.8 | $60.00 |

Bank.http://www.cypherensics.com/wtk/img/accept_on.png

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/2009 | KAW | Review deposits. Review e-mails | 0.5 | $125.00 |
| 10/17/2009 | KAW | Email to Huss. Review Agreed Order. | 0.5 | $125.00 |
| 10/17/2009 | KAW | Emails to attorneys. Gen adm | 0.3 | $75.00 |
| 10/19/2009 | KAW | Email with Frank Terzo. TC with Laura. Review checks, deposits, and invoices. | 0.4 | $100.00 |
| 10/19/2009 | LLB | Emails with Kina regarding checks received for deposit. | 0.1 | $7.50 |
| 10/19/2009 | SRM | Reviewing payroll and correspondence with Peyton re: same. Various e-mails with Kina regarding various pending matters. | 0.7 | $105.00 |
| 10/20/2009 | KAW | Review deposits. General administration. Email with Sandi. | 0.4 | $100.00 |
| 10/20/2009 | LLB | Went to marina to pick up deposits and make deposits at bank. | 0.8 | $60.00 |
| 10/20/2009 | SRM | Various case related e-mails with Kina re: payables and other operating matters (0.5). Review of property insurance invoice provided by bank (0.1) | 0.6 | $90.00 |
| 10/21/2009 | SRM | Various e-mails with Kina and L. Byron regarding payables. Review of payables for week ending Ocober 23. Correspondence with P. LaCaria re: same. Review of estate cash position. | 1.5 | $225.00 |
| 10/21/2009 | LLB | Emails and phone calls with Sandi and Kina regarding payables. Issued checks for signature to obtain cashier's checks for Mercury parts. Prepared deposit. Stopped by marina to pick up mail. | 0.8 | $60.00 |
| 10/21/2009 | KAW | Review deposits. Meeting with Laura. | 0.5 | $125.00 |
| 10/22/2009 | SRM | Various e-mails with Kina regarding payables and information needed for preparation of weekly report. E-mails with N. Mancuso regarding reporting requirements. E-mails with P. LaCaria re: Mercury | 1.5 | $225.00 |
| 10/22/2009 | LLB | Went to bank to deposits funds and obtain two cashier's checks for Mercury Marine. Phone and email conversations with Joe Huss' association concerning check owed to Pierre Guadreau. | 1.3 | $97.50 |
| 10/22/2009 | SM | TC with Pierre Gaudreau regarding check. Emails with Laura regarding Hideway Marina checks. Drop off signed checks to Laura. | 0.5 | $27.50 |
| 10/22/2009 | KAW | Review pleadings. Review invoices and deposits. | 0.4 | $100.00 |
| 10/23/2009 | LLB | Went to marina to drop off payroll. Meeting with Plantation | 0.9 | $67.50 |

police regarding check owed to Pierre Guadreau.

| | | | | |
|---|---|---|---|---|
| 10/23/2009 | KAW | Review deposits. Review and response to e-mails about case related matters. | 0.6 | $150.00 |
| 10/23/2009 | SRM | Reviewing various cash reports and check registers and preparing 1st weekly report of receipts and disbursements and changes in inventory. Various e-mails and telephone calls with Kina regarding report and other pending operating matters. | 4.5 | $675.00 |
| 10/26/2009 | KAW | Review deposits. | 0.2 | $50.00 |
| 10/26/2009 | SRM | Attendance at meeting at Gray Robinson with Debtor, Debtor's counsel, lender and lender's counsel (1.5) Various e-mails with Kina regarding receivership period reports. Review of reports and circulations to interested parties (1.0) Review and response to various e-mails regarding parts purchases (0.3) | 2.8 | $420.00 |
| 10/27/2009 | SRM | Telephone calls and e-mails with Kina regarding sales tax, payables, inventory count and other pending operating matters. Review of payroll register for week ending October 24 and correspondence with P. LaCaria re: same. E-mails with D. Pena regarding warranty service issues. Review of invoices for payables. | 2.0 | $300.00 |
| 10/27/2009 | FS | Attendance at Marina to begin inventory count | 4.0 | $220.00 |
| 10/27/2009 | KAW | Meeting with Sandi. Review deposits. | 0.3 | $75.00 |
| 10/27/2009 | LLB | Scanned and emailed Sandi payables. Scanned in miscellaneous mail and sent to Sandi. Email to Sandi advising what to do with mail addressed to Pierre Gaudreau personally. | 0.5 | $37.50 |
| 10/28/2009 | FS | Continue physical inventory count at marina. | 3.0 | $165.00 |
| 10/28/2009 | KAW | Review payables. Review deposits. Meeting with Laura. Meeting with Frank to start inventory. | 0.4 | $100.00 |
| 10/28/2009 | MS | Attendance at the marina to do physical count of inventory | 3.0 | $135.00 |
| 10/28/2009 | LLB | Went to marina to pick up mail and make deposits. | 0.8 | $60.00 |
| 10/28/2009 | SRM | Attendance at preliminary hearing on emergency motion to appoint a Trustee (1.0) Telephone call with UST and Ron Rowe regarding payment of settlement amount (0.5). Various calls and e-mails with Kina regarding preparation of schedules, payables and estate cash position. Correspondence with K. welt re: same. (1.5) Begin preliminary work on schedules and SOFA including downloading forms. (0.3) Telephone call with D. Pena regarding warranty service center (0.2). E-mails with J. Huss | 3.8 | $570.00 |

| | | regarding payments from Rowe construction and insurance documents (0.3) | | |
|---|---|---|---|---|
| 10/29/2009 | FS | Continue physical inventory count at marina. | 3.0 | $165.00 |
| 10/29/2009 | MS | Continue inventory count at marina | 3.0 | $135.00 |
| 10/29/2009 | KAW | Review bills. Review invoices. Write checks. | 0.2 | $50.00 |
| 10/29/2009 | LLB | Went to marina to drop off mail and pick up deposits to take to the bank. | 0.8 | $60.00 |
| 10/29/2009 | SRM | Reviewing weekly payables. Various calls and e-mails with Kina regarding payables, upcoming court appearance and preparation of bankruptcy schedules. | 1.5 | $225.00 |
| 10/30/2009 | FS | Continue physical inventory count at marina. | 3.0 | $165.00 |
| 10/30/2009 | LLB | Went to marina to drop off payroll checks, pick up payable checks for signature. Went to Legacy Bank to make deposits. | 0.8 | $60.00 |
| 10/30/2009 | MS | Continue physical inventory | 3.0 | $135.00 |
| 10/30/2009 | SRM | Review and response to various case related e-mails regarding taxes and filing of same, payables and inventory/parts purchase orders and other operating issues. E-mails and phone calls with Kina regarding taxes and preparation of weekely reports. Review of weekly reports and supporting data. Attendance at marina to retrieve information required for production re: Joe Huss Depo | 6.0 | $900.00 |
| 10/30/2009 | KAW | TC with Charlie Cohen and Bob Furr. Review deposits. | 0.4 | $100.00 |
| 10/30/2009 | JG | Went to Marina to drop off checks and pick up mail. | 0.5 | $27.50 |
| 10/31/2009 | SRM | Finalizing weekly reports and forwarding to interested parties. | 0.5 | $75.00 |
| 11/01/2009 | SRM | Review and response to various e-mails from J. Huss. Review of e-mail from Betty with information about building code violations and safety issues per decus tecum of J. Huss | 0.7 | $105.00 |
| 11/02/2009 | KAW | Email with Frank Terzo. Meeting with Sandi. | 0.4 | $100.00 |
| 11/02/2009 | SRM | Attendance at prep and Depo of J. Huss. Meeting with counsel for Landmark bank and attendance at depo of P. LaCaria.(6.5) Meeting with K. Welt to discuss case (0.5) | 7.0 | $1,050.00 |
| 11/03/2009 | SRM | Attendance at Marina to meet with B. Williamson, K Naydenova, F. Terzo and S. Brenner to prep for Thursday's hearing on motion to appoint Trustee. Meeting at Gray Robinson with Pierre Goudreau, F. Terzo B. McCormick and A. Goldstein to discuss appointment of a Trustee | 6.0 | $900.00 |

| 11/03/2009 | KAW | Meeting with Sandi. Review payables. Review deposits. | 0.5 | $125.00 |
| 11/04/2009 | LLB | Pick up deposits from Marina and take to Legacy Bank. | 0.8 | $60.00 |
| 11/04/2009 | FS | Continue physical inventory count at marina. | 4.0 | $220.00 |
| 11/04/2009 | MS | Continue inventory count at marina | 4.0 | $180.00 |
| 11/04/2009 | SRM | Reviewing payroll register for week ended October 31. E-mails with P. LaCaria and K. Naydanova re: same. Review and response to various e-mails about parts purchases, operating issues and other pending matters. | 1.5 | $225.00 |
| 11/05/2009 | SRM | Reviewing open invoices and payables schedule. Various e-mails with K. Naydenova regarding payables, and other pending operating matters including worker's comp insurance increase. Various e-mails with Patti regarding parts purchase and use of petty cash. E-mails with Frank Soleto regarding inventory count. Reviewing online banking and cash balances. | 3.5 | $525.00 |
| 11/05/2009 | MS | Continue physical inventory count | 3.0 | $135.00 |
| 11/05/2009 | FS | Continue inventory count | 3.0 | $165.00 |
| 11/06/2009 | MS | Continue physical inventory count at marina | 3.0 | $135.00 |
| 11/06/2009 | SRM | Various telephone calls and e-mails with Kina regarding preparation of bankruptcy schedules, payables and parts purchases. | 1.5 | $225.00 |
| 11/06/2009 | FS | Inventory count | 3.0 | $165.00 |

Total    114.2 $12,860.00

## **Exhibit "C"**
### MarcumRachlin Invoice

### **Summary**

From October 14, 2009 until November 16, 2009:

| | |
|---|---|
| Professional Services Rendered | $335.00 |
| Costs | $   0.00 |
| Total | $335.00 |

# MarcumRachlin, a division of Marcum LLP

1 Southeast 3rd Avenue, 10th Floor
Miami FL 33131
Phone: (305) 377-4228        Fax: (305) 377-8331
Tax ID: 11 1986323

|  |  |
|---|---|
| Invoice Date: | 11/9/2009 |
| Invoice Number: | 174291 |
| Client Number: | 44910 |

**LANDMARK BANK**
KRINZMAN, HUSS & LUBETSKY
900 S.E. THIRD AVE - SUITE 202
FT LAUDERDALE FL  33316

For professional services rendered:

| | | | | |
|---|---|---|---|---|
| 10/20/09 | ALB | Correspondence receiver.  Review 3rd quarter payroll tax returns and plan preparation of prompt determination letters. | 0.50 | 162.50 |
| 10/20/09 | LRO | Prepare transmittal and prompt determination letters for 3rd quarter payroll tax returns. | 1.50 | 172.50 |

|  |  |
|---|---|
| Total Invoice Amount: | $335.00 |

PLEASE MAKE CHECKS PAYABLE TO MARCUMRACHLIN
REMIT SECOND COPY OF INVOICE WITH YOUR PAYMENT.

# MarcumRachlin, a division of Marcum LLP

1 Southeast 3rd Avenue, 10th Floor
Miami FL  33131
Phone: (305) 377-4228        Fax: (305) 377-8331
Tax ID: 11 1986323

| | |
|---|---|
| Invoice Date: | 11/24/2009 |
| Invoice Number: | 174885 |
| Client Number: | 44910 |

**LANDMARK BANK**
**KRINZMAN, HUSS & LUBETSKY**

900 S.E. THIRD AVE - SUITE 202
FT LAUDERDALE  FL  33316

For professional services rendered:

| | | | | |
|---|---|---|---|---|
| 11/09/09 | JHL | Review and direct invoicing per client request. | 0.40 | 110.00 |
| 11/13/09 | JHL | Correspond with U.S. Trustee assigned to case. | 0.50 | 137.50 |
| 11/20/09 | JHL | Per request of Receiver review drafts of September and October Florida Sales Tax Returns | 0.90 | 247.50 |

$ 247.5

| | |
|---|---|
| Total Invoice Amount: | $495.00 |

PLEASE MAKE CHECKS PAYABLE TO MARCUMRACHLIN
REMIT SECOND COPY OF INVOICE WITH YOUR PAYMENT.