

**ORDERED in the Southern District of Florida on January 15, 2010.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
Division: Fort Lauderdale
www.flsb.uscourts.gov

In re:                                            Case No.    09-32179-RBR
                                                  Chapter     11
THE HIDEAWAY MARINA
LIMITED PARTNERSHIP,

_____Debtor._____/

<u>ORDER GRANTING MOTION TO AUTHORIZE TRUSTEE TO (A) TERMINATE 401K
AND PROFIT SHARING PLAN; (B) REMOVE PIERRE GAUDREAU AS PLAN
TRUSTEE; AND (C) AUTHORIZE MARIKA TOLZ, TRUSTEE TO SELECT
NEW PLAN TRUSTEE</u>

THIS MATTER came before the Court on January 8, 2010 at 9:30 a.m., for hearing on the Trustee's Expedited Motion to Authorize Trustee to (A) Terminate 401K and Profit Sharing Plan; (B) Remove Pierre Gaudreau as Plan Trustee, and (C) Authorize Marika Tolz, Trustee to Select New Plan Trustee (the "Motion") [DE: 80], and the Court after considering the Motion and the entire Court file, and having heard the argument of counsel, the correction announced as to the amount in the plan to be $287,559.23, and being otherwise duly advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Marika Tolz, Trustee (the "Trustee") is authorized but not directed to terminate the 401K Hideaway Marina LP Retirement Plan and Profit Sharing Plan known as the Hideaway Marina Retirement Plan (the "Plan").

3. The Trustee is further authorized, in connection with the termination or administration of the Plan, to take any required action to administer and wind-down the Plan, including but not limited to: (1) preparing and executing any required forms and documents; (2) obtaining governmental agency approvals, including but not limited to a favorable determination letter from the IRS with respect to the termination of the Plan; (3) paying any and all costs, fees and expenses relating to the termination of the Plan, which are to be paid from Plan assets and allocated on a pro rata basis among Plan participants' accounts; (4) purchasing a Fidelity Bond in an amount deemed necessary by the Trustee; (5) paying to Levy & Associates the sum of $4,210.00 for past services to the Plan for the period prior to October 14, 2009 and future services necessary for annual administration, amendments to the plan documents, and the termination of the plan including the final tax returns, which sum shall be paid from Plan assets and allocated on a pro rata basis among Plan participants' accounts; (6) if through the course of their work Levy & Associates finds additional work on the plan is required or recommended, Marika Tolz, Trustee is authorized to pay up to an additional $3,000 to Levy & Associates, which sum shall be paid from Plan assets and allocated on a prorata basis among Plan participants' accounts.

4. The Trustee, Marika Tolz, in her discretion may remove Pierre Gaudreau immediately, as Plan trustee. The Trustee, Marika Tolz, shall not be responsible or liable in any manner for any actions previously taken by the Debtor, Pierre Gaudreau, or any of their agents in the administration of this Plan.

5. Marika Tolz, Trustee is authorized, but not directed to select a new Plan trustee and to pay from Plan assets any fees and costs incurred in connection therewith (such fees and costs to be allocated on

a pro rata basis among the Plan participants' accounts).

6.     All rights under the bankruptcy code and applicable law, including but not limited to those rights under 11 U.S.C. §§ 544, 547, 548 and 550 and *Fla. Stat.* § 726, that any party may have are unaffected by the relief sought herein and are expressly reserved.

7.     This Court retains jurisdiction to enforce the terms of this order.

### # # #

**Submitted by:**
Reggie David Sanger, Esquire
REGGIE DAVID SANGER, P.A.
208 SE 9th Street
Fort Lauderdale, FL 33316
Tel. (954) 463-8547 Fax: (954) 463-8356

**Copies furnished:**
*Via ECF Notice:*

| | |
|---|---|
| Charles I. Cohen, Esq., for debtor | pmouton@furrcohen.com |
| Alvin S. Goldstein, Esq., for debtor | mmitchell@furrcohen.com |
| Frank Terzo, Esq., for Landmark Bank | frank.terzo@gray-robinson.com; jceide@grayrobinson.com; lnegron@gray-robinson.com, vking@gray-robinson.com |
| Mark S. Roher, Esq. for GE | mroher@adorno.com, mcalderon@adorno.com, mroher.ecf@rprslaw.com |
| Neale J. Poller, Esq. for Regions Bk | npoller@lbgslaw.com, jbaskerville@lbgslaw.com |
| Robert F. Reynolds, Esq., for S.Schuble | rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com |
| Hollie N. Hawn, Esq. for Broward Co. | hhawn@broward.org |
| Amy McGrotty, Esq. for Commerce Bank | bankruptcy@gmgrouplaw.com, amy@gmgrouplaw.com |
| Marika Tolz, Trustee | TolzECFmail@aol.com; mtolz@ecf.epiqsystems.com; Marikaecf@gmail.com; marikatolzecf@gmail.com |
| Denyse Heffner, Esq. for UST | Denyse.Heffner@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

*Via first class US Mail to:*
(attached court matrix)

Recovery Management Systems Corporation
25 SE 2 Ave., # 1120
Miami, FL 33131

The Hideaway Marina Limited Partnership
599 S. Federal Hwy.
Pompano Beach, FL 33062

Albert Shackelton
14050 US One, #C
North Palm Beach, FL 33408

Broward County Revenue Collection Division
Governmental Center Annex
115 S. Andrews Ave.
Ft. Lauderdale, FL 33301

Charles Camp
c/o Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
888 SE 3 Ave, # 500
Ft. Lauderdale, FL 33316

Commerce Bank N.A.
POB 419248
KCREC-10
Kansas City, MO 64141

David A. Carter, P.A.
1900 Glades Road, # 401
Boca Raton, FL 33431

Dept. of Revenue
Bankruptcy Section
POB 6668
Tallahassee, FL 32314

GE Capital Corp.
10 Riverview Drive
Danbury, CT 06810

GE Capital Solutions
Attn: Scott Junk
5595 Trillium blvd.
Hoffman Estates, IL 60192

HSBC Bank USA
8 E 40 Street, 3 Floor
New York, NY 10016

Internal Revenue Service
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114

John & Sabrina Divine
651 Trousdale Ferry Pike
Lebanon, TN 37087

Landmark Bank
6300 NE 1 Ave. # 300
Ft. Lauderdale, FL 33334

Mark O'Brien
15343  83 Way
Palm Beach Gardens, FL 33418

Michael J. Orecchio
c/o Mark B. Goldstein, Esquire
2700 N. Military Trail, # 130
Boca Raton, FL 33431

Michael Sinacola
c/o David Templer, Esquire
Templer & Hirsch
2801 Biscayne Blvd., #400
Miami, FL 33137

Pierre Gaudreau
2432 NE 27 Street
Lighthouse Point, FL 33064

Raymond C. Bargull
c/o Hayden, Milliken, et. al.
5915 Ponce de Leon Blvd., # 63
Coral Gables, FL 33146

Regions Bank, N.A.
c/o Garbett, Stiphany, et. al.
80 SW 8 Street, # 3100
Miami, FL 33130

Skyline Marine, LLC
c/o Jay Howard Solowsky, Esquire
150 W. Flagler St. # 2000
Miami, FL  33130

Societe do Gestion Norderon
9416 Boul Du Gold, Bldg. C
Anjou, Montreal, Quebec H1J 3A1
CANADA

Steven M. Schuble
2625 Barbara Dr.
Ft. Lauderdale, FL 33316

Textron Financial
11575 Great Oaks Way, #200
Alpharetta, GA 30022

Tom Gonzalex / TG Inv., LLC
1200 W. Cypress Creek Road
Ft. Lauderdale, FL 33309

Wells Fargo
c/o Kass, Shuler, et. al.
1501 N. Florida Ave.
Tampa, FL 33602

Joseph Huss, Esquire
900 SE 3 Ave., # 202
Ft. Lauderdale, FL  33316

Jeffrey J. Newton, Esquire
115 S. Andrews Ave.
Ft. Lauderdale, FL  33301